IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> LULULEMONAUS.COM, et al., <br><br> Defendants. | Case No. 18-cv-07253 <br><br> **Judge Charles R. Norgle, Sr.** <br><br> **Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lululemon Athletica Canada Inc. ("Lululemon") hereby dismisses this action, with leave to reinstate within one hundred and twenty (120) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Chinalsh | 26 |
| facai 7411 | 28 |
| Happy Hut | 32 |
| vampire internation | 56 |
| xt999 | 58 |

Dated this 6th day of February 2019.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartn@gbc.law

*Attorneys for Plaintiff*